## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

MARY ANN OLSZWESKI, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

  vs.

TRIDENT ASSET MANAGEMENT, LLC, and
ORION PORTFOLIO SERVICES, LLC,

    Defendants.

Case No.: 17-cv-994

**DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

I. MARYANN OLSZWESKI:

  1. MARY ANN OLSZWESKI is a plaintiff.

  2. MARY ANN OLSZWESKI is a natural person.

  3. No other counsel is currently expected to appear for this plaintiff.

Respectfully submitted,

Dated: July 18, 2017

       **ADEMI & O'REILLY, LLP**
       /s/ John D. Blythin
       Shpetim Ademi
       John D. Blythin
       Mark A. Eldridge
       Denise L. Morris
       3620 E. Layton Avenue
       Cudahy, WI 53110
       Telephone: (414) 482-8000
       Facsimile: (414) 482-8001
       jblythin@ademilaw.com

1